UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Kingsbury Company, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. Steel Workers, LLC et al., <br><br> Defendants. | Civil Action No. 2:25–cv–308 |

## ORDER

On or before April 25, 2025, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 17th day of April 2025.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge